# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA,

             **Plaintiff,**

v.                           Case No. 1:18-CR-00592-MC-01

JACOB BENJAMIN HEFNER,

             **Defendant.**

## ORDER OF RELEASE

On August 23, 2022, the defendant appeared before this court to show cause why the term of supervised release order previously granted should not be revoked based on the probation officer's allegation that defendant violated the conditions of release. The disposition of the violation has been continued to October 31, 2022, at 10:00AM in Medford before Judge Michael J. McShane.

IT IS HEREBY ORDERED AND ADJUDGED that defendant be released from custody immediately on the previously imposed conditions of supervision and the following new conditions:

    1.    You must participate in a location monitoring program until October 31,

          2022. During this period, you are subject to a <u>curfew</u> and your movement in the

ORDER OF RELEASE - PAGE 1

community is restricted as follows: You are restricted to your residence every day, from the hours of 09:00PM to 08:00AM. These hours may be adjusted to conform to an employment schedule at the discretion of the probation officer. Unless otherwise specified by the Court, your participation in the location monitoring program will be monitored using technology approved by the probation officer, which may include radio frequency (RF) monitoring, GPS monitoring, or voice recognition. You must abide by all technology requirements. You must follow the program rules and pay all or part of the costs of participation in the location monitoring program as directed by the Court or the probation officer.

Dated this 23rd day of August 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　**MICHAEL J. McSHANE**
　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**

ORDER OF RELEASE - PAGE 2